WYKOFF *et al.* v. SILVER, BURDETTE & CO. *et al.*

No. 5988.    Opinion Filed March 3, 1914.

(139 Pac. 321.)

*Error from District Court, Oklahoma County;*
*John J. Carney, Judge.*

Mandamus by Silver, Burdette & Co. and another against Frank J. Wykoff and others. Judgment for plaintiffs, and defendants bring error. Reversed and remanded, with directions to quash writ.

*Chas. West,* Atty. Gen., *Chas. L. Moore,* Asst. Atty. Gen., (*Stuart, Cruce & Cruce, of counsel*), for plaintiffs in error.

*Asp, Snyder, Owen & Lybrand, E. G. McAdams,* and *Norman Haskell,* for defendants in error.

TURNER, J. This case involves the same state of facts as the case of *Wykoff et al. v. W. H. Wheeler et al., ante,* 139 Pac. 319, and for the reasons stated in that opinion the judg-

ment in this case is reversed, and the cause remanded, with directions to quash the writ.

KANE and LOOFBOURROW, JJ., concur. HAYES, C. J., concurs in the conclusion. WILLIAMS, J., dissents.